IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| LAMONT JOHNSON, | § | |
| | § | No. 464, 2018 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID Nos. 1706010017 (S) & |
| STATE OF DELAWARE, | § | 1706005952 (S) |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: October 23, 2018
Decided: November 1, 2018

## **ORDER**

On September 10, 2018, the appellant filed a notice of appeal from either his June 6, 2018 sentencing or an August 27, 2018 Superior Court order denying his motion for sentence review. The Senior Court Clerk directed the appellant to file a Form A notice of appeal identifying the order he sought to appeal by September 26, 2018. The Senior Court Clerk warned the appellant that if he wished to appeal the June 6, 2018 order a notice to show cause would issue based on his failure to file a notice of appeal within thirty days of the imposition of the sentence. The Senior Court Clerk also directed the appellant to pay the filing fee or file a motion to proceed *in forma pauperis* by September 26, 2018. On October 3, 2018, after the appellant failed to respond, the Chief Deputy Clerk issued a notice directing the appellant to show cause why this appeal should not be dismissed for his failure to

file a Form A notice of appeal, pay the filing fee, or file a motion to proceed *in forma pauperis*. The appellant received the notice to show cause by October 11, 2018, but has not responded within the required ten-day period, filed the Form A notice of appeal, paid the filing fee, or filed a motion to proceed *in forma pauperis*. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice